David S. Bloch (SBN # 184530)
Leda M. Mouallem (SBN # 221258)
WINSTON & STRAWN LLP
101 California St., Suite 3900
San Francisco, California 94111-5894
Telephone:    415.591.1000
Facsimile:    415.591.1400

Charles B. Molster, III
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
Telephone: (202) 282-5988
Facsimile: (202) 282-5100
cmolster@winston.com

Michael C. Katchmark
Willcox & Savage PC
One Commercial Place
Suite 1800
Norfolk, VA 23510
Telephone: (757) 628-5615
Facsimile: (757) 628-5566
mkatchmark@wilsav.com

Attorneys for Plaintiff
LEVEL 3 COMMUNICATIONS, LLC

RECEIVED 08 AUG 26 PM 3:58 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Third Party Subpoena Issued to GCA Savvian Advisors, LCC<br><br>Related to:<br>LEVEL 3 COMMUNICATIONS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LIMELIGHT NETWORKS, INC.,<br><br>　　　　　　　Defendant, | Misc. Action No. CV 08 80161 MISC<br><br>Related to 2:07cv589 (RGD-FBS)<br>In the United States District Court for the Eastern District of Virginia<br><br>**[PROPOSED] ORDER GRANTING LEVEL 3 COMMUNICATIONS, LLC'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY GCA SAVVIAN ADVISORS, LLC**<br><br>DATE: TBD<br>TIME: TBD<br>JUDGE: TBD<br>CTRM: TBD |

SI

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN OST ON ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY GCA SAVIAN ADVISORS, LLC

Having considered Level 3 Communications, LLC's ("Level 3") *Ex Parte* Application For An Order Shortening Time on Leve 3's Motion to Compel Discovery from GCA Savvian Advisors, LLC ("Savvian"), and all supporting and opposing papers and arguments, and good cause showing therefore:

IT IS HEREBY ORDERED THAT:

1. Level 3's *Ex Parte* Application for an order shortening time is GRANTED;

2. The briefing schedule for Level 3's motion to compel shall be as follows:

   Savvian's Opposition Brief ~~August 28, 2008~~ Sept. 2, 2008

   Level 3's Reply Brief August 29, 2008

   Hearing on Motion to Compel ~~September 2, 2008~~ September 3, 2008 11:30 am

3. Due to the expedited briefing schedule, all opposition and reply briefs shall be served on counsel via electronic mail.

Dated: 8/28/08

_____
United States ~~Magistrate~~ Judge for the
Northern District of California

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

SF:214214.1

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN OST ON ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY GCA SAVIAN ADVISORS, LLC