David S. Bloch (SBN # 184530)
Leda M. Mouallem (SBN # 221258)
Winston & Strawn LLP
101 California St., Suite 3900
San Francisco, California 94111-5894
Telephone:    415.591.1000
Facsimile:    415.591.1400
dbloch@winston.com
lmouallem@winston.com

Charles B. Molster, III
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
Telephone: (202) 282-5988
Facsimile: (202) 282-5100
cmolster@winston.com

Michael C. Katchmark
Willcox & Savage PC
One Commercial Place
Suite 1800
Norfolk, VA 23510
Telephone: (757) 628-5615
Facsimile: (757) 628-5566
mkatchmark@wilsav.com

Attorneys for Plaintiff
LEVEL 3 COMMUNICATIONS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Third Party Subpoena Issued to GCA Savvian Advisors, LCC | Misc. Action No. CV 08 80161 MISC SI |
| Related to:<br>LEVEL 3 COMMUNICATIONS, LLC,<br>Plaintiff,<br>vs.<br>LIMELIGHT NETWORKS, INC.,<br>Defendant, | Related to 2:07cv589 (RGD-FBS)<br>In the United States District Court for the Eastern District of Virginia<br><br>**[PROPOSED ORDER] GRANTING LEVEL 3 COMMUNICATIONS, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY GCA SAVVIAN ADVISORS, LLC**<br><br>DATE:  TBD<br>TIME:   TBD<br>JUDGE: TBD<br>CTRM:  TBD |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY GCA SAVIAN ADVISORS, LLC

The Court considered Plaintiff Level 3 Communications, Inc.'s ("Level 3") Administrative Motion to File Documents Under Seal regarding Level 3's Motion to Compel Compliance with Subpoena on Third Party GCA Savvian Advisors, LLC.

IT IS HEREBY ORDERED that Level 3's Administrative motion is **GRANTED**. Therefore the following documents shall be filed under seal:

- Narrowly tailored portions of Level 3's Motion to Compel Compliance with Subpoena on Third Party GCA Savvian Advisors, LLC. The information referenced in the Motion implicates documents produced by Limelight Networks, Inc. ("Limelight"), the defendant in the underlying patent action pending in the District Court for the Eastern District of Virginia, Case No. 2:07cv589 (RGD-FBS), as "Highly Confidential – Outside Counsel Only."
- Narrowly tailored portions of the Declaration of Charles Molster, III filed in Support of Level 3's Motion to Compel Compliance with Subpoena on Third Party GCA Savvian Advisors, LLC. The information referenced in Mr. Molster's declaration implicates documents produced by Limelight as "Highly Confidential – Outside Counsel Only."

**IT IS SO ORDERED.**

Dated: 8/28/08

United States ~~Magistrate~~ Judge for the Northern District of California

SF:214277.1

2
[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY GCA SAVIAN ADVISORS, LLC