David S. Bloch (SBN # 184530)
Leda M. Mouallem (SBN # 221258)
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, California  94111-5894
Telephone:    415.591.1000
Facsimile:    415.591.1400
dbloch@winston.com
lmouallem@winston.com

Charles B. Molster, III
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
Telephone:  (202) 282-5988
Facsimile:  (202) 282-5100
cmolster@winston.com

Michael C. Katchmark
Willcox & Savage PC
One Commercial Place
Suite 1800
Norfolk, VA 23510
Telephone:  (757) 628-5615
Facsimile:  (757) 628-5566
mkatchmark@wilsav.com

Attorneys for Plaintiff
LEVEL 3 COMMUNICATIONS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:  Third Party Subpoena Issued to GCA Savvian Advisors, LCC<br><br>Related to:<br>LEVEL 3 COMMUNICATIONS, LLC,<br><br>                             Plaintiff,<br><br>    vs.<br><br>LIMELIGHT NETWORKS, INC.,<br><br>                             Defendant, | Misc. Action No.  08-80161 SI<br>Related to 2:07cv589 (RGD-FBS)<br>In the United States District Court for the Eastern District of Virginia<br><br>**LEVEL 3 COMMUNICATIONS, NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY GCA SAVVIAN ADVISORS, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45**<br><br>**DATE:**   September 3, 2008<br>**TIME:**   11:30 a.m.<br>**JUDGE:**  Hon. Susan Illston |

Pursuant to Local Rule 7-7, Level 3 Communications, LLC ("Level 3") hereby withdraws its Motion to Compel Compliance with Subpoena on Third-Party GCA Savvian Advisors, LLC Pursuant to Federal Rule of Civil Procedure 45 ("Motion"). Level 3 withdraws its Motion in order to conserve judicial and party resources as the parties have agreed to a date certain to conduct the depositions of the third-party witnesses that are the subject matter of the Motion prior to the discovery cut-off date in the underlying action. A true and correct copy of the parties' correspondence agreeing to the depositions is attached hereto as Exhibit A. Accordingly, the Motion is moot and Level 3 respectfully withdraws the Motion.

Dated:  September 2, 2008            WINSTON & STRAWN LLP


By:     /s/*Leda M. Mouallem*
        Leda M. Mouallem
        WINSTON & STRAWN LLP
        101 California Street, Suite 3900
        San Francisco, CA  94111-5802
        Telephone:    (415) 591-1000
        Facsimile:    (415) 591-1400

        Charles B. Molster, III
        WINSTON & STRAWN LLP
        1700 K Street, NW
        Washington, DC 20006
        Telephone:    (202) 282-5988
        Facsimile:    (202) 282-5100

        Michael C. Katchmark
        WILLCOX & SAVAGE PC
        One Commercial Place
        Suite 1800
        Norfolk, VA 23510
        Telephone: (757) 628-5615
        Facsimile: (757) 628-5566

        Attorneys for Plaintiff LEVEL 3
        COMMUNICATINCS, LLC

SF:214786.1

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

EXHIBIT A

**Mouallem, Leda M.**

| | |
|---|---|
| **From:** | Weiss, Charles [CWeiss@kenyon.com] |
| **Sent:** | Saturday, August 30, 2008 8:00 PM |
| **To:** | McComb, Ethan; Guy Ruttenberg; amackinnon@kirkland.com; cbrahma@kirkland.com; Nick Saros; senoona@kaufcan.com |
| **Cc:** | McCabe, Peter C.; Molster, Charles B.; Balesteri, Peggy M.; mkatchmark@wilsav.com; Bloch, David S.; Mouallem, Leda M. |
| **Subject:** | RE: Level 3 v. Limelight |

Gentlemen,

The case I had going to trial settled, so I am available. Thus, we will make Messrs Greenbaum and Orozco available for deposition in San Francisco on September 8 starting at 10:00 a.m. with Mr. Greenbaum.

Charles Weiss

**Charles A. Weiss**
**Kenyon & Kenyon LLP**
One Broadway | New York, NY 10004-1007
212.908.6287 Phone | 212.425.5288 Fax
cweiss@kenyon.com | www.kenyon.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** McComb, Ethan [mailto:EMcComb@winston.com]
**Sent:** Friday, August 29, 2008 6:20 PM
**To:** Weiss, Charles; 'Guy Ruttenberg'; 'amackinnon@kirkland.com'; 'cbrahma@kirkland.com'; 'Nick Saros'; 'senoona@kaufcan.com'
**Cc:** McCabe, Peter C.; Molster, Charles B.; Balesteri, Peggy M.; 'mkatchmark@wilsav.com'; Bloch, David S.; Mouallem, Leda M.
**Subject:** RE: Level 3 v. Limelight

Charles and Guy:

Is there any possible way to resolve the scheduling issues relating to the deps of Mark Greenbaum and James Orozco (and/or Jens Teagan) so that we don't need to bother Judge Illston with the Motion to Compel next Wednesday -- *i.e,* are there any dates upon which we could all agree?

Please let us know your thoughts.

Thanks,

Ethan

**From:** Mouallem, Leda M.

**Sent:** Friday, August 29, 2008 12:52 PM
**To:** McComb, Ethan; 'cweiss@kenyon.com'; 'Guy Ruttenberg'; 'amackinnon@kirkland.com'; 'cbrahma@kirkland.com'; 'Nick Saros'; 'senoona@kaufcan.com'
**Cc:** McCabe, Peter C.; Molster, Charles B.; Balesteri, Peggy M.; 'mkatchmark@wilsav.com'; Bloch, David S.
**Subject:** RE: Level 3 v. Limelight

Counsel,

Attached please find a courtesy copy of the Northern District of California ECF notification stating the hearing date/time below.

Regards,

Leda Mouallem

---

> **From:** McComb, Ethan
> **Sent:** Thursday, August 28, 2008 5:44 PM
> **To:** 'cweiss@kenyon.com'; 'Guy Ruttenberg'; 'amackinnon@kirkland.com'; 'cbrahma@kirkland.com'; 'Nick Saros'; 'senoona@kaufcan.com'
> **Cc:** McCabe, Peter C.; Molster, Charles B.; Balesteri, Peggy M.; 'mkatchmark@wilsav.com'; Bloch, David S.; Mouallem, Leda M.
> **Subject:** Level 3 v. Limelight
>
> Please see the attached. Hearing on this matter is set for 9/3/2008 at 11:30 a.m. Pacific. The Judge hearing this matter is unavailable from 9/4/2008 to 9/18/2008 and from 9/23/2008 to 9/26/2008.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
****************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

9/2/2008