David S. Bloch (SBN # 184530)
Leda M. Mouallem (SBN # 221258)
Winston & Strawn LLP
101 California St., Suite 3900
San Francisco, California 94111-5894
Telephone:   415.591.1000
Facsimile:   415.591.1400
dbloch@winston.com
lmouallem@winston.com

Charles B. Molster, III
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
Telephone: (202) 282-5988
Facsimile: (202) 282-5100
cmolster@winston.com

Michael C. Katchmark
Willcox & Savage PC
One Commercial Place
Suite 1800
Norfolk, VA 23510
Telephone: (757) 628-5615
Facsimile: (757) 628-5566
mkatchmark@wilsav.com

Attorneys for Plaintiff
LEVEL 3 COMMUNICATIONS, LLC

FILED
08 AUG 27 AM 11: 33

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Third Party Subpoena Issued to GCA Savvian Advisors, LCC<br><br>Related to:<br>LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LIMELIGHT NETWORKS, INC.,<br><br>Defendant, | Misc. Action No. CV 08- 80161 MISC<br>Civil Action No. 2:07cv589 (RGD-FBS)<br>Pending in the Eastern District of Virginia<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5894. On August 26, 2008, I served the within documents:

1. **SUMMONS IN A CIVIL ACTION;**

2. **CIVIL COVER SHEET;**

3. **LEVEL 3 COMMUNICATIONS, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY GCA SAVVIAN ADVISORS, LLC; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME;**

4. **DECLARATION OF CHARLES B. MOLSTER, III IN SUPPORT OF LEVEL 3 COMMUNICATIONS, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY GCA SAVVIAN ADVISORS, LLC; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME;**

5. **[PROPOSED] ORDER GRANTING LEVEL 3 COMMUNICATIONS, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY SAVVIAN ADVISORS, LLC;**

6. **LEVEL 3 COMMUNICATIONS, LLC'S EX PARTE APPLICATKION FOR AN ORDER SHORTENING TIME ON ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY GCA SAVVIAN ADVISORS, LLC;**

7. **DECLARATION OF CHARLES MOLSTER, III IN SUPPORT OF LEVEL 3 COMMUNCIATIONS, LLC'S EX PARTE APPLICATKION FOR AN ORDER SHORTENING TIME ON ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY GCA SAVVIAN ADVISORS, LLC;**

8. **[PROPOSED] ORDER GRANTING LEVEL 3 COMMUNICATIONS, LLC'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD-PARTY GCA SAVVIAN ADVISORS, LLC;**

9. **LEVEL 3 COMMUNICATIONS, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD PARTY GCA SAVVIAN ADVISORS, LLC, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHARLES B. MOLSTER, III IN SUPPORT THEREOF (PUBLIC VERSION);**

SF:214366.1

10. **LEVEL 3 COMMUNICATIONS, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD PARTY GCA SAVVIAN ADVISORS, LLC, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHARLES B. MOLSTER, III IN SUPPORT THEREOF (DOCUMENT SUBMITTED UNDER SEAL); AND**

11. **[PROPOSED] ORDER GRANTING LEVEL 3 COMMUNIATIONS, LLC'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD PARTY GCA SAVVIAN ADVISORS, LLC, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45**

[X] by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

Charles A. Weiss
Kenyon and Kenyon LLP
One Broadway
New York, NY 10004-1007

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on August 26, 2008, at San Francisco, California.

_____
Thelma A. Tannis

-2-

SF:214366.1